

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00148-CV

Oscar **BENAVIDES**, Felicitas Benavides, and S.W. **ROE**, Inc.,
Appellants

v.

**AEGIS ASSET BACKED SECURITIES, LLC**, a California Limited Liability Company; and
American Savings Life Insurance Co. and Substitute Trustee Sandra Mendoza,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVG-000092-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellants' requests for an unspecified amount of time "to finalize this case" in the trial court and an extension of time to file their appellants' brief are DISMISSED AS MOOT.

It is ORDERED that Appellees Aegis Asset Backed Securities, LLC, a California Limited Liability Company and American Savings Life Insurance Co. and Substitute Trustee Sandra Mendoza recover their costs on appeal from Appellants Oscar Benavides, Felicitas Benavides, and S.W. Roe, Inc.

It is so **ORDERED** on September 29, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court